IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SATERIKA SPATES                                                                                      PLAINTIFF

V.                            Case No. 4:24-CV-00320-BRW-BBM

MARTIN O'MALLEY, Commissioner,
Social Security Administration                                                                       DEFENDANT

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Benecia B. Moore and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and judgment is entered for the Defendant.

DATED this 10th day of December, 2024.

                                                    BILLY ROY WILSON
                                    UNITED STATES DISTRICT JUDGE