IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SATERIKA SPATES                                                               PLAINTIFF

V.                 Case No. 4:24-CV-00320-BRW-BBM

MARTIN O'MALLEY, Commissioner,
Social Security Administration                                          DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered for the Defendant.

DATED this 10th day of December, 2024.

                                                   _____BILLY ROY WILSON_____
                                                   UNITED STATES DISTRICT JUDGE